| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) CYR, CONRAD K | 2. Court or Organization FIRST CIRCUIT COURT OF APPEALS | 3. Date of Report 4/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR CIRCUIT JUDGE | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. COURT OF APPEALS P.O. BOX 635 BANGOR, ME 04402-0635 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2005 APR 12 P 2: 33 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | GLENDALE FEDERAL BANK | REAL ESTATE MORTGAGE (OCEANRIDGE, FL PROPERTY), see. P.3, item VII | K |

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell. merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **☐ NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UBS Cash Fund | A | Interest | K | T | | | | | |
| 2. Dreyfus Worldwide Dollar Money Market Fund, Cl. A | A | Interest | J | T | | | | | |
| 3. Henley Ltd. Partnership (formerly Boston Celtics) | A | Dividend | J | T | | | | | |
| 4. Cottage ▇▇▇▇ Winterport, ME (7/19/95) | C | Rent | L | Q | | | | | |
| 5. Exxon Mobil Corp. | A | Interest | J | T | | | | | |
| 6. Coca-Cola Co. Comm. | A | Interest | J | T | | | | | |
| 7. Wal Mart Stores, Inc. | A | Interest | J | T | Bought | 4/06 | J | | |
| 8. Franklin Income Fund Cl. II | A | Dividend | K | T | | | | | |
| 9. UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 10. E. Millinocket, ME Bonds (redeemed 6/01) | A | Interest | J | T | redeemed | 6/01 | J | | |
| 11. Key Bank, Bangor, ME Checking Account | A | Interest | J | T | | | | | |
| 12. Dial Corp. Ariz. | D | Interest | J | T | sold | 3/30 | J | | |
| 13. Viad Corp. (Moneygram Int'l. spinoff of Viad) | A | Interest | J | T | Spinoff | 7/01 | J | | |
| 14. Moneygram Int'l. (spinoff of Viad Corp.) | B | Interest | J | T | spinoff | 7/01 | J | | |
| 15. TWA Credit Union (Savings) | A | Interest | J | T | | | | | |
| 16. Real Estate, Oceanridge, FL | C | Rent | N | Q | | | | | |
| 17. UBS Retirement Money Fund (formerly Paine Webber Retirement) | A | Interest | J | T | | | | | |
| 18. Van Kampen Senior Loan Fund | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CYR. CONRAD K | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Aim Constellation Fund Cl. B | | None | K | T | | | | | |
| 20. Aim Money Market Fund, Cl. B | A | Interest | K | T | | | | | |
| 21. Aim Premier Equity Fund B | | None | J | T | | | | | |
| 22. Lucent Technologies | | None | J | T | | | | | |
| 23. USB Global Equity | | None | K | T | | | | | |
| 24. Strategic Partners Money Fd., Cl. M (formerly Am. Skandia) | | None | J | T | Name change | 4/08 | | | |
| 25. AT&T Corp. | | None | J | T | Sold | 6/02 | J | | |
| 26. AT&T Wireless Services | | None | J | T | Sold | 6/02 | J | | |
| 27. Avaya, Inc. | | None | J | T | | | | | |
| 28. Citrix Systems, Inc. | | None | J | T | | | | | |
| 29. General Electric Co. | | None | J | T | | | | | |
| 30. Agere Systems, Inc., Cl. A | | None | J | T | | | | | |
| 31. Agere Systems, Inc., Cl. B | | None | J | T | | | | | |
| 32. Comcast Corp., Cl. A | | None | J | T | | | | | |
| 33. Strategic Partn. Mon. Fd., Cl. M (formerly ASAF Gold. achs) | | None | J | T | Name change | 4/08 | | | |
| 34. Following owned by spouse: | | | | | | | | | |
| 35. American Power Conversion | A | Interest | J | T | | | | | |
| 36. Suite Sweets, Inc. | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Biopure | A | Interest | J | T | | | | | |
| 38. Agere Systems, Class A | A | Interest | J | T | | | | | |
| 39. Agere Systems, Class B | A | Interest | J | T | | | | | |
| 40. Avaya, Inc. | A | Interest | J | T | | | | | |
| 41. Point Therapeutics, Inc. (formerly Hemasure) | A | Interest | J | T | | | | | |
| 42. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 43. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 44. Aim Constellation Fund, Class B | A | Interest | K | T | | | | | |
| 45. Aim Premier Equity Fund, Class B | A | Interest | J | T | | | | | |
| 46. ASAF Goldman Sachs, Class B | A | Interest | J | T | | | | | |
| 47. Following owned jointly by ███████████ | | | | | | | | | |
| 48. CMS Energy Corp. | A | Interest | J | T | | | | | |
| 49. Exxon Mobil Corp. | A | Interest | M | T | | | | | |
| 50. Home Depot, Inc. | A | Interest | J | T | | | | | |
| 51. Johnson & Johnson Common | A | Interest | J | T | | | | | |
| 52. Verizon Communications | A | Interest | K | T | | | | | |
| 53. Mirant Corp. | A | Interest | J | T | | | | | |
| 54. Van Kampen Focus Portfolios | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CYR, CONRAD K | 4/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. American Balanced Fund, Class A | A | Interest | K | T | | | | | |
| 56. Capital World Growth Fund, Class A | A | Interest | K | T | | | | | |
| 57. Fundamental Investors Fund, Class A | A | Interest | K | T | | | | | |
| 58. Income Fund of America, Class A | A | Interest | J | T | | | | | |
| 59. New Perspective Fund, Class A | A | Interest | K | T | | | | | |
| 60. Washington Mutual Investors Fund, Class A | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████          Date  4/5/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544